HEATHER E. WILLIAMS, Bar # 122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916.498.5700
heather_williams@fd.org

Attorney for Defendant
ANDRE JAMISON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CLORENZO GRIFFIN, ANDRE JAMISON, and RODNEY RACKLEY,<br><br>Defendants. | Case No.: 2:14-CR-310 KJM<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:   February 4, 2015<br>Time:   9:00 a.m.<br>Court:  Hon. Kimberly J. Mueller |

The parties to this action, Plaintiff United States of America by and through Assistant

United States Attorney Jason Hitt, and Defendant Clorenzo Griffin by and through his attorney

Mark J. Reichel, Defendant Andre Jamison by and through his attorney, Assistant Federal

ORDER CONTINUING STATUS
CONFERENCE

Defender Benjamin D. Galloway, and Defendant Rodney Rackley by and through his attorney Todd D. Leras, request that the Court continue the status conference in this matter to February 4, 2015, at 9:00 a.m.

An initial status conference is presently set on December 10, 2014. The government has provided to the defense an initial and supplemental round of discovery, consisting of police reports, videos, and photographs of potential evidence related to investigation of the matter giving rise to the Indictment in this case. All defense counsel require additional time to review these materials with their respective clients. This review is a prerequisite to initiating timely defense investigation. In addition, additional time is needed for discussion and consideration of potential defenses in the case.

For the reasons stated in the preceding paragraph, the parties are requesting to continue the status conference to February 4, 2015. They also stipulate and agree that an exclusion of time up to and including February 4, 2015, is appropriate based on the need for reasonable preparation time.

All counsel have reviewed this proposed order and authorized Benjamin D. Galloway to sign it on their behalf.

DATED: December 4, 2014                          Respectfully Submitted,

                                                           Heather E. Williams
                                                           Federal Defender

                                                           */s/ Benjamin D. Galloway*
                                                           BENJAMIN D. GALLOWAY
                                                           Assistant Federal Defender
                                                           Attorney for Defendant
                                                           ANDRE JAMISON

ORDER CONTINUING STATUS
CONFERENCE

DATED: December 4, 2014     By    */s/ Benjamin D. Galloway   for*
                                   JASON HITT
                                   Assistant United States Attorney

DATED: December 7, 2014     By    */s/ Benjamin D. Galloway for*
                                   MARK J. REICHEL
                                   Attorney for Defendant
                                   CLORENZO GRIFFIN

DATED: December 4, 2014     By    */s/ Benjamin D. Galloway for*
                                   TODD D. LERAS
                                   Attorney for Defendant
                                   RODNEY RACKLEY

## ORDER

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter scheduled for December 10, 2014, is vacated. A new status conference is scheduled for February 4, 2015, at 9:00 a.m. The Court further finds, based on the representations of the parties, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendants in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(4) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from December 10, 2014, up to and including February 4, 2015.

DATED: December _____, 2014

_____
HONORABLE KIMBERLY J. MUELLER
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING STATUS CONFERENCE